**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6805**

---

THOMAS EVERETT CRAWFORD,

Petitioner - Appellant,

versus

WILLIAM L. SMITH, Warden; ATTORNEY GENERAL OF
THE STATE OF MARYLAND,

Respondents - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge.
(CA-96-147-JFM)

---

Submitted:  October 3, 1996          Decided:  October 15, 1996

---

Before ERVIN, LUTTIG, and MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Thomas Everett Crawford, Appellant Pro Se.  John Joseph Curran,
Jr., Attorney General, Tarra R. DeShields-Minnis, OFFICE OF THE
ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition under 28 U.S.C. § 2254 (1994), amended by Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Crawford v. Smith, No. CA-96-147-JFM (D. Md. Apr. 30, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2